# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EDWARD PAUL ELLINGTON,<br><br>Defendant. | CR 17-10-H-CCL<br><br>ORDER GRANTING<br>MOTION FOR LEAVE TO FILE<br>UNDER SEAL |

Based upon the United States' unopposed motion, and good cause appearing in support thereof,

IT IS HEREBY ORDERED that the United States' Motion for Leave to File Under Seal is GRANTED. The United States lodged response and exhibits to the Defendant's 2255 motion (Doc. 77) is deemed filed. The Clerk of Court is directed to remove the "Lodged" language from the docket text and update accordingly.

Dated this 22nd day of December, 2020.

CHARLES C. LOVELL
Senior United States District Court Judge

1